NORMAN W. DODGE et al., appellants,

*v.*

GARRET L. BROKAW et al., respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Dodge* v. *Brokaw, 5 Stew. Eq. 154.*

*Mr. Wm. C. Spencer,* for appellants.

*Mr. S. B. Ransom,* for respondents.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor.

MARTHA WILLIS, appellant,

*v.*

HENRY M. WILLIS, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, refusing a divorce to the appellant.

*Mr. George R. Dutton,* for appellant, *ex parte.*

An opinion in this case was prepared and delivered by Magie, J., reversing the decree below, on the ground that the facts relied upon by the appellant constituted desertion, and, therefore, she was entitled to a divorce. As only matters of fact were discussed, the opinion has, by Justice Mr. Magie's direction, not been published.

*Decree unanimously reversed.*